Sadie Clancy, Appellee, v. Guy A. Richardson et al., Defendants. Guy A. Richardson et al., Appellants.

Gen. No. 40,614.

opinion filed October 31, 1939; rehearing denied November 15, 1939. Frank L. Kriete, Anson H. Brown and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; V. Russell Donaghy, for appellee; David A. Schallman and Leo G. Hanna, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."